1  Steven F. Werth (CA Bar No. 205434)
     *steven.werth@gmlaw.com*
2  **Greenspoon Marder LLP**
   1875 Century Park East, Suite 1900
3  Los Angeles, California 90067
   Telephone: 213.617.5210
4  Facsimile: 954.771.9264

5  Attorneys for Howard M. Ehrenberg,
   Chapter 7 Trustee

6

7

8                    **UNITED STATES BANKRUPTCY COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10                        **LOS ANGELES DIVISION**

11  In re:                                    Case No. 2:22-bk-12904-SK

12  626 HOSPICE, INC.,                        Chapter 7

13        Debtor.                             Adversary No.: 2:24-ap-01130-SK

14  ─────────────────────────                 **NOTICE OF DISMISSAL PURSUANT
                                              TO FEDERAL RULE OF CIVIL
15  HOWARD M. EHRENBERG, Chapter 7            PROCEDURE 41(a)(1)(A)(i)**
    Trustee,
16                                            Status Hearing:
          Plaintiff,
17                                            Date:    October 16, 2024
       vs.                                    Time:    9:00 a.m.
18                                            Place:   Courtroom 1575
    RAUL PEREZ, an individual,                         Roybal Federal Building
19                                                     255 East Temple Street
          Defendant.                                   Los Angeles, CA 90012
20

21

22        Howard M. Ehrenberg, chapter 7 trustee of 626 Hospice, Inc. and plaintiff in this

23  action, notifies this Court that he is dismissing this action without prejudice, pursuant to

24  Federal Rule of Civil Procedure 41(a)(1)(A)(i), made applicable to this proceeding by

25  Federal Rule of Bankruptcy Procedure 7041.  The above-captioned defendant has not

26  served any answer or motion for summary judgment in this action.

27

28

**GREENSPOON MARDER LLP**
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071
TEL 213.626.2311 • FAX 954.771.9264

SFW 58769779v1

1       Respectfully submitted,

2

3   Dated:  October 17, 2024         **Greenspoon Marder LLP**

4

5

6                            By: _____

7                                Steven F. Werth

8                                Attorneys for Plaintiff
                                Howard M. Ehrenberg, Chapter 7 Trustee

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GREENSPOON MARDER LLP
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071
TEL  213.626.2311 • FAX  954.771.9264

SFW 58769779v1                             2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is
1875 Century East, Suite 1900, Los Angeles, California 90067.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF DISMISSAL PURSUANT TO FEDERAL
RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** will be served or was served **(a)** on the judge in chambers in the form and manner
required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)  October 18,
2024  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are
on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Howard M Ehrenberg (TR)** ehrenbergtrustee@gmlaw.com, ca25@ecfcbis.com;
  C123@ecfcbis.com;howard.ehrenberg@ecf.courtdrive.com;Karen.Files@gmlaw.com
- **United States Trustee (LA)** ustpregion16.la.ecf@usdoj.gov
- **Steven Werth**steven.werth@gmlaw.com, swerth@ecf.courtdrive.com;
  pdillamar@ecf.courtdrive.com,Karen.Files@gmlaw.com;patricia.dillamar@gmlaw.com

☐ Service information continued on attached page.

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*)  October 18, 2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or
adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage
prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later
than 24 hours after the document is filed.

Hon. Sandra Klein
Roybal Federal Building
Bin outside of Suite 1582
255 E. Temple Street
Los Angeles, CA 90012-3332

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR
EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on
(*date*) _____  served the following persons and/or entities by personal delivery, overnight mail service, or
(for those who consented in writing to such service method), by facsimile transmission and/or email as follows.
Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be
completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 18, 2024 | Patricia Dillamar | */s/ Patricia Dillamar* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

PMD 58773776v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                           **F 9013-3.1.PROOF.SERVICE**